No. 11–546. FORSYTH COUNTY, NORTH CAROLINA *v.* JOYNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–557. RENZI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–558. LEE ET AL. *v.* METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–569. INDIAN RIVER SCHOOL DISTRICT ET AL. *v.* DOE ET AL., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF DOE ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–573. K2 AMERICA CORP. *v.* ROLAND OIL & GAS, LLC. C. A. 9th Cir. Certiorari denied.

No. 11–576. TARTAK DEL PALACIO *v.* MICHAEL ET AL. Sup. Ct. P. R. Certiorari denied.

No. 11–579. RIGAUD *v.* BROWARD GENERAL MEDICAL CENTER ET AL. Sup. Ct. Fla. Certiorari denied.

No. 11–585. BRAND TECHNOLOGIES, INC., ET AL. *v.* MAVRIX PHOTO, INC. C. A. 9th Cir. Certiorari denied.

No. 11–587. GLENN *v.* VALERO ENERGY CORP. ET AL. Sup. Ct. Tex. Certiorari denied.

No. 11–588. GLOBAL SANTA FE DRILLING CO. ET AL. *v.* APACHE CORP. C. A. 5th Cir. Certiorari denied.

